NOT FOR PUBLICATION

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| VW CREDIT, INC., <br><br> Plaintiff. <br><br> v. <br><br> CTE2, LLC; CTE2 LAND, LLC; CARMINE DEMAIO; AND FRANK HOLTHAM, <br><br> Defendants. | Civil Action No. 2:19-cv-19523-CCC-ESK <br><br><br> **OPINION AND ORDER FOR POSSESSION** |

### I.  Background

This matter comes before the Court on the application of Plaintiff VW Credit Inc. ("VCI" or "Plaintiff"), seeking preliminary injunctive relief of an Order of Possession and Writ of Replevin (the "Application").  ECF No. 29.  Plaintiff filed the Application and supporting documents on November 19, 2019.  Id.

On November 21, 2019, the Court entered an Order to Show Cause with Temporary Restraints and Other Relief indicating that without opposition from Defendants by November 26, 2019, the Application would be decided on the papers and "relief may be granted by default."  ECF No. 32 at 2.  To date, Defendants have not filed any opposition to the relief requested in Plaintiff's Application and the hearing scheduled for December 2, 2019 on the Application was adjourned due to the lack of opposition.  Accordingly, the Court decides Plaintiff's Application and considers it unopposed.  For reasons set forth below, Plaintiff's Application is granted.

### II.  Legal Standard

The decision whether to grant or deny a request for a preliminary injunction rests in the

discretion of the Court. *See Kos Pharms., Inc. v. Andrx Corp.*, 369 F.3d 700, 708 (3d Cir. 2004). A party seeking the extraordinary remedy of a preliminary injunction bears the burden of establishing that the following four factors weigh in favor of granting the injunction: "'[1] that [it] is likely to succeed on the merits, [2] that [it] is likely to suffer irreparable harm in the absence of preliminary relief, [3] that the balance of the equities tips in [its] favor, and [4] that an injunction is in the public interest.'" *Ferring Pharms., Inc. v. Watson Pharms., Inc.*, 765 F.3d 205, 210 (3d Cir. 2014) (quoting *Winter v. NRDC*, 555 U.S. 7, 20 (2008)).

## III. Analysis

The Court relies upon factual assertions underlying Plaintiff's complaint (the "Complaint"), which are incorporated by reference in the Application. ECF No. 29 at 1.

Plaintiff has shown a reasonable likelihood of success on the merits of its replevin claim. ECF No. 1 ¶¶ 77-81; ECF No. 29 at 2-3.[1] Federal Rule of Civil Procedure 64(b) allows for replevin in accordance with the replevin procedures applicable under New Jersey state law. To succeed on a claim for replevin, Plaintiff must allege the existence of a debt and the existence of a security interest, perfected or unperfected, and a chattel in possession of the debtor. N.J.S.A. 2B:50-1; New Jersey Court Rule 4:61-2. In this case, VCI has shown both the existence of a debt owed to it by Defendant CTE2, LLC ("CTE2") and a security interest in the collateral presently held by CTE2. ECF No. 1 at ¶¶ 10-15; *see also* ECF No. 29 at 3 ("VCI is a perfected secured creditor with a right to immediate possession of its collateral. CTE2 is in possession of these goods, has failed to pay for the same, and refuses to release them, despite clearly agreeing to do so in the MLSA . . . . . These circumstances demonstrate VCI's likelihood of success on the merits."). VCI has

---

[1] This order analyzes only the adequacy of Plaintiff's replevin claim as Plaintiff solely moves for emergent relief for an Order of Possession and Writ of Replevin. ECF No. 29; *see also Kraft v. Wells Fargo & Co.*, No. 16-5729, 2016 WL 6841076, at *3 (D.N.J. Nov. 21, 2016).

provided contract agreements and other documentation showing it loaned the collateral to Defendants in exchange for payment from vehicle sales and that it is owed outstanding monies. *See* ECF Nos. 1, 1-1-5 (Complaint and accompanying exhibits showing various agreements between parties); ECF Nos. 4-2, 29-2 (declarations of William Zozokos, Senior Manager at VCI outlining agreements and current status of debts owed). The Court finds that VCI is owed a debt by CTE2 and has a security interest in the collateral held by CTE2, that demand for delivery of possession of the goods and chattels identified has been made on CTE2, and that CTE2 has failed and refused to make delivery of such goods and chattels. Accordingly, the Court finds that Plaintiff has shown that it is likely to succeed on the merits of its replevin claim.

Next, Plaintiff has shown that it is likely to suffer irreparable harm absent injunctive relief. A plaintiff demonstrates irreparable harm and is entitled to injunctive relief when it is threatened with harm that "cannot be redressed by a legal or an equitable remedy following trial." *Nat'l Reprographics, Inc. v. Strom.*, 621 F. Supp. 2d 204, 222 (D.N.J. 2009). Here, Plaintiff has shown that it will suffer irreparable harm if it is not allowed to take possession of the collateral as the collateral consists of vehicles that "are continuing to sit without maintenance and unattended by CTE2, are depreciating in value by the day and are at risk of further damage and depreciation." ECF No. 29-1 at 4. Irreparable harm exists where a defendant dissipates assets and makes it difficult for recovery of damages in the event a judgment is entered in favor of a plaintiff. *See Health Professional & Allied Employees AFT/AFL-CIO v. MHA, LLC*, No. 17-3301, 2017 WL 6550488, at *3 (D.N.J. Dec. 21, 2017) (finding irreparable harm where the depletion of assets by defendant would render a judgment for plaintiff futile). That risk exists here as Plaintiff has alleged that Defendants' dealership is closed down and the business is no longer functioning or paying its bills. ECF No. 29-1 at 1. In addition, requests for injunctive relief are most often granted where

the requests involve property that is subject to depreciation and physical damage, as is the case here. *See Minard Run Oil Co. v. United States Forest Serv.*, 670 F.3d 236, 256 (3d Cir. 2011) ("[W]here interests involving real property are at stake, preliminary injunctive relief can be particularly appropriate."). Thus, the Court finds that Plaintiff has demonstrated that it will be irreparably harmed absent the granting of a preliminary injunction.

Furthermore, the granting of preliminary relief to Plaintiff outweighs any burden on the Defendants. Defendants Carmine DeMaio and CTE 2 Land, LLC have consented to the injunctive relief requested in the Application (ECF No. 39) and Defendants Frank Holtham and CTE2, LLC have not appeared in this case, nor have they opposed the Application. [2] The car dealership previously operated by CTE2, LLC is no longer functioning and there is no present need for the collateral at its current site. ECF No. 29 at 1. Hence, the Court agrees that the balance of the equities tips in favor of Plaintiff.

Finally, the Court also finds that allowing Plaintiff to take possession of the collateral would be in the public interest. It is well-settled that "[t]he public has a strong interest in seeing that property rights are respected." *W.S. Int'l, LLC v. M. Simon Zook Co.*, No. 11-3014, 2011 WL 1832282, at *6 (E.D. Pa. May 12, 2011) (citing *Ride the Ducks of Philadelphia, LLC v. Duck Boat Tours, Inc.*, 138 F. App'x. 431, 434-435 (3d Cir. 2005)). Additionally, the Third Circuit has recognized that if a plaintiff can demonstrate both a likelihood of success on the merits and irreparable injury, "it almost always will be the case that the public interest will favor the plaintiff." *Allegheny Inc. v. DQE, Inc.*, 171 F.3d 153, 158 (3d Cir. 1999). Accordingly, the Court finds that the public interest favors granting injunctive relief to Plaintiff.

---

[2] On November 26, 2019, the Clerk of the Court entered default as to Frank Holtham and CTE2.

For all of the foregoing reasons, the Court finds that Plaintiff has satisfied the standards for preliminary injunctive relief.

**THEREFORE, IT IS** on this 6th day of December 2019,

**ORDERED** that:

1.      Plaintiff's request for preliminary injunctive relief of possession and replevin (ECF No. 29) is **GRANTED.**

2.      Defendant CTE2 shall immediately deliver to Plaintiff the goods set forth on Exhibits A and B attached hereto (collectively, the "Goods") which are believed to be located at 2155 Route 22 West and 1180 Springfield Road in Union, New Jersey.

3.      A Writ of Replevin shall hereby issue commanding the U.S. Marshal, the Sheriff of Union County, or such other law enforcement officer as may be capable of executing on such Order to take possession of the Goods and deliver them to Plaintiff.

4.      To effectuate the purposes of the Writ of Replevin, Plaintiff shall arrange with Defendant CTE 2 Land, LLC, for access to the real property and the Goods at a mutually agreeable date and time, but on or before December 10, 2019.  In the event that Defendant CTE 2 Land, LLC cannot provide access to the property or the Goods on or before December 10, 2019, Plaintiff may cause the disabling or changing of any locks that might secure any premises on which the Goods are located, including the removal of locks or cutting any chains which are restricting access, and shall restore all such locks or chains immediately after removal of the Goods.  CTE 2 Land, LLC, is permitted to have a representative at the premises at all times during the removal of the collateral as an observer only.

**SO ORDERED.**

**CLAIRE C. CECCHI, U.S.D.J.**

5

EXHIBIT "A"

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| WAUENAF43HN025011 | 2017 | AUDI | A4 PREMIUM PLUS |
| WA1C2AFP8HA028744 | 2017 | AUDI | Q5 PREMIUM |
| WA1GFCFS1GR024248 | 2016 | AUDI | Q3 PRESTIGE |
| WA1L2AFP8HA076194 | 2017 | AUDI | Q5 PREMIUM PLUS |
| WAUB8GFFXG1040349 | 2016 | AUDI | A3 PREMIUM |
| WA1C2AFP9HA006817 | 2017 | AUDI | Q5 PREMIUM |
| WAU23AFC4JN043233 | 2018 | AUDI | A7 PRESTIGE |
| WAU34AFD6GN007577 | 2016 | AUDI | A8 L QUATTRO |
| WAU43AFD5HN001875 | 2017 | AUDI | A8 L QUATTRO |
| WA1ECCFS5HR000990 | 2017 | AUDI | Q3 PREMIUM |
| WA1ECCFS5HR005977 | 2017 | AUDI | Q3 PREMIUM |
| WA1LHAF73HD038417 | 2017 | AUDI | Q7 PREMIUM PLUS |
| WAUG8AFC1HN014130 | 2017 | AUDI | A6 PREMIUM PLUS |
| WAUWFAFC7HN073071 | 2017 | AUDI | S7 PREMIUM PLUS |
| 1V2LR2CA5KC525543 | 2019 | VOLK | ATLAS SE |
| 1VWCV7A39FC088339 | 2015 | VOLK | PASSAT SEL |
| WVWHR7AN6KE029147 | 2019 | VOLK | ARTEON SEL |
| 3VWDB7AJ8HM234503 | 2017 | VOLK | JETTA SE |
| WVGSV7AX2HK003752 | 2017 | VOLK | TIGUAN WOLFSBURG |
| 3VWB67AJ2JM241299 | 2018 | VOLK | JETTA SE |
| 3VWL17AJ2HM406166 | 2017 | VOLK | JETTA SEL |
| 3VWC57BU4KM001348 | 2019 | VOLK | JETTA S |
| 1VWBT7A35HC008555 | 2017 | VOLK | PASSAT SE |
| 1VWCT7A33GC063069 | 2016 | VOLK | PASSAT SEL |
| 1VWDT7A37HC012860 | 2017 | VOLK | PASSAT R-LINE |
| WVGSV7AX1HK003662 | 2017 | VOLK | TIGUAN WOLFSBURG |
| WVGSV7AX3HW509034 | 2017 | VOLK | TIGUAN WOLFSBURG |
| 3VW217AU6GM029944 | 2016 | VOLK | GOLF S/SE |
| WVGBV7AX1HK004039 | 2017 | VOLK | TIGUAN S |
| 1VWAT7A39GC068395 | 2016 | VOLK | PASSAT S |
| 3VWL07AJ4GM336364 | 2016 | VOLK | JETTA SEL |
| WVGUV7AX0HW503829 | 2017 | VOLK | TIGUAN SPORT |
| WVGBV7AX9HW508163 | 2017 | VOLK | TIGUAN S |
| 3VWC57BU5KM001326 | 2019 | VOLK | JETTA S |
| WVGSV7AX2HW513365 | 2017 | VOLK | TIGUAN WOLFSBURG |
| 3VWD67AJ2GM395433 | 2016 | VOLK | JETTA SE |
| 1V2UR2CA2KC510731 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CAXKC527311 | 2019 | VOLK | ATLAS SE |
| 3VW4T7AJ8HM225295 | 2017 | VOLK | JETTA GLI |
| 1VWBT7A33GC067005 | 2016 | VOLK | PASSAT SE |
| 3VWD67AJ6GM409656 | 2016 | VOLK | JETTA SE |
| WVGEF9BP4GD008829 | 2016 | VOLK | TOUAREG SPORT |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| WVGSV7AX9HW505604 | 2017 | VOLK | TIGUAN WOLFSBURG |
| WVGUV7AX2HK008801 | 2017 | VOLK | TIGUAN SPORT |
| 1V2UR2CA9KC514551 | 2019 | VOLK | ATLAS SE |
| 3VV2B7AX2KM018279 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX1KM015972 | 2019 | VOLK | TIGUAN SE |
| 3VW167AJ4GM402420 | 2016 | VOLK | JETTA S |
| 3VWN57BU2KM022689 | 2019 | VOLK | JETTA S |
| 3VWN57BU2KM117530 | 2019 | VOLK | JETTA S |
| 3VWN57BU5KM047182 | 2019 | VOLK | JETTA S |
| 3VW2B7AJ4HM259681 | 2017 | VOLK | JETTA S |
| 3VW4T7AJ3HM250072 | 2017 | VOLK | JETTA GLI |
| 1VWGT7A31HC003990 | 2017 | VOLK | PASSAT SE |
| 1V2MR2CA2KC513760 | 2019 | VOLK | ATLAS SEL |
| WVGBV7AX2HK009177 | 2017 | VOLK | TIGUAN S |
| WVGBV7AX6GK000433 | 2016 | VOLK | TIGUAN S |
| WVGBV7AX7GW576461 | 2016 | VOLK | TIGUAN S |
| WVGBV7AX8HW508476 | 2017 | VOLK | TIGUAN S |
| WVGBV7AX9HK014456 | 2017 | VOLK | TIGUAN S |
| 1V2XR2CA3KC522948 | 2019 | VOLK | ATLAS SE |
| 1VWAT7A30GC052120 | 2016 | VOLK | PASSAT S |
| 1VWAT7A35HC020345 | 2017 | VOLK | PASSAT S |
| 3VWL17AJXGM259304 | 2016 | VOLK | JETTA SEL |
| 1V2MR2CA8KC582551 | 2019 | VOLK | ATLAS SEL |
| 3VWCB7BU1KM249498 | 2019 | VOLK | JETTA S |
| 3VV2B7AX7KM178349 | 2019 | VOLK | TIGUAN SE |
| 1V2RR2CA3KC584374 | 2019 | VOLK | ATLAS SEL |
| 3VV2B7AX8KM155212 | 2019 | VOLK | TIGUAN SE |
| 1V2NR2CA4KC551463 | 2019 | VOLK | ATLAS SEL PREMIUM |
| 1V2NR2CA9KC539907 | 2019 | VOLK | ATLAS SEL PREMIUM |
| 1V2NR2CA3KC538414 | 2019 | VOLK | ATLAS SEL PREMIUM |
| 1V2UR2CA2KC525231 | 2019 | VOLK | ATLAS SE |
| 1V2NR2CAXKC576108 | 2019 | VOLK | ATLAS SEL PREMIUM |
| WAUF2AFC6EN151394 | 2014 | AUDI | S6 |
| WAUE8GFF6G1093806 | 2016 | AUDI | A3 PREMIUM PLUS |
| 5TDJKRFH8FS183878 | 2015 | TOYT | HIGHLANDER XLE |
| 5XYPG4A37GG015481 | 2016 | KIA | SORENTO LX |
| JTEBU5JR7J5572884 | 2018 | TOYT | 4RUNNER SR5/SR5 PREMIUM |
| 3CZRU6H79GM729342 | 2016 | HOND | HR-V EXL |
| 2T2ZZMCA1GC023565 | 2016 | LEXS | RX 350 |
| 4T1BF1FK3HU672253 | 2017 | TOYT | CAMRY LE |
| 58ABK1GG9HU044910 | 2017 | LEXS | ES 350 |
| 5TDDZ3DC1HS146882 | 2017 | TOYT | SIENNA XLE |

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 5TFAX5GN5KX142336 | 2019 | TOYT | TACOMA DOUBLE CAB |
| JTHBA1D26G5023835 | 2016 | LEXS | IS 200T |
| JTHBW1GG8G2114275 | 2016 | LEXS | ES 300H |
| JTHCM1D28G5012508 | 2016 | LEXS | IS 300 |
| SALWR2TF2EA390508 | 2014 | LNDR | RANGE ROVER SPORT SC |
| WA1L2AFP7GA012632 | 2016 | AUDI | Q5 PREMIUM PLUS |
| 2T3NFREV3HW371805 | 2017 | TOYT | RAV4 SE |
| 3GTU2PEJ0GG161444 | 2016 | GMC | SIERRA K1500 DENALI |
| 3GTU2PEJ6GG300556 | 2016 | GMC | SIERRA K1500 DENALI |
| 3TMDZ5BN2HM021339 | 2017 | TOYT | TACOMA DOUBLE CAB |
| WBA5B3C51GG259779 | 2016 | BMW | 535 XI |
| WBA7F2C54GG421170 | 2016 | BMW | 750 XI |
| 1C4BJWDGXFL535456 | 2015 | JEEP | WRANGLER UNLIMITED SPORT |
| 1GT12TEG0JF266445 | 2018 | GMC | SIERRA K2500 SLT |
| 1GTV2LECXGZ284800 | 2016 | GMC | SIERRA K1500 |
| 3GTU2PEC7GG142021 | 2016 | GMC | SIERRA K1500 DENALI |
| 2T2ZZMCA6GC024601 | 2016 | LEXS | RX 350 |
| 2G1105SA8G9171241 | 2016 | CHEV | IMPALA LT |
| 5FRYD4H45GB060923 | 2016 | ACUR | MDX TECHNOLOGY |
| 5NPE34AB3HH497113 | 2017 | HYUN | SONATA SPORT |
| 5TFCZ5AN1KX173224 | 2019 | TOYT | TACOMA DOUBLE CAB |
| 5UXKR0C53F0P03217 | 2015 | BMW | X5 XDRIVE35I |
| JH4KC1F56FC000583 | 2015 | ACUR | RLX TECH |
| JTHDL5EF2H5008097 | 2017 | LEXS | LS 460L |
| 19XFC1F99GE200843 | 2016 | HOND | CIVIC TOURING |
| 2GNFLEEK3G6219536 | 2016 | CHEV | EQUINOX LS |
| 4T1BK1EB9GU222764 | 2016 | TOYT | AVALON XLE |
| 5N1AZ2MHXFN207055 | 2015 | NISS | MURANO S |
| JN8AS5MT5FW152480 | 2015 | NISS | ROGUE SELECT S |
| 2C4RDGBG7FR669055 | 2015 | DODG | GRAND CARAVAN SE |
| 1VWBA7A36JC006065 | 2018 | VOLK | PASSAT SE |
| WVWKR7AU0KW902897 | 2019 | VOLK | E-GOLF SE |
| WVWKR7AU7KW909412 | 2019 | VOLK | E-GOLF SE |
| 3VWN57BU3KM225607 | 2019 | VOLK | JETTA S |
| 1V2UR2CA5KC518421 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA7KC594156 | 2019 | VOLK | ATLAS SEL |
| 3VV2B7AX1KM174510 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU2KM227209 | 2019 | VOLK | JETTA S |
| 3VV0B7AX3KM162401 | 2019 | VOLK | TIGUAN S |
| 3VWCB7BU6KM221079 | 2019 | VOLK | JETTA S |
| 1V2MR2CA1KC591446 | 2019 | VOLK | ATLAS SEL |
| WVWKR7AU4KW910453 | 2019 | VOLK | E-GOLF SE |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 1V2UR2CA1KC580155 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA4KC564645 | 2019 | VOLK | ATLAS SEL |
| 3VV0B7AX7KM181338 | 2019 | VOLK | TIGUAN S |
| 3VW5T7BU0KM229247 | 2019 | VOLK | JETTA GLI |
| 3VV0B7AX9KM177968 | 2019 | VOLK | TIGUAN S |
| WVWWA7AU0KW178475 | 2019 | VOLK | GOLF R |
| 3VW5T7AU4KM031689 | 2019 | VOLK | GTI AUTOBAHN |
| 3VV2B7AX3KM184665 | 2019 | VOLK | TIGUAN SE |
| 3VWE57BU7KM246556 | 2019 | VOLK | JETTA SEL |
| 3VV2B7AX7KM185866 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU2KM242695 | 2019 | VOLK | JETTA S |
| 3VV2B7AX2KM175410 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU2KM250392 | 2019 | VOLK | JETTA S |
| 3VV2B7AX7KM184796 | 2019 | VOLK | TIGUAN SE |
| 1V2LR2CA8KC576664 | 2019 | VOLK | ATLAS SE |
| 1V2LR2CA4KC595373 | 2019 | VOLK | ATLAS SE |
| 1V2NR2CA1KC566440 | 2019 | VOLK | ATLAS SEL PREMIUM |
| 3VWC57BU1KM246611 | 2019 | VOLK | JETTA S |
| 3VV2B7AX2KM056305 | 2019 | VOLK | TIGUAN SE |
| 1V2UR2CA7KC549220 | 2019 | VOLK | ATLAS SE |
| 3VWE57BU6KM113318 | 2019 | VOLK | JETTA SEL |
| 3VW5T7AU3KM016293 | 2019 | VOLK | GTI AUTOBAHN |
| 1V2UR2CA3KC568167 | 2019 | VOLK | ATLAS SE |
| 1V2GR2CA5KC543767 | 2019 | VOLK | ATLAS S |
| 1V2UR2CA0KC544845 | 2019 | VOLK | ATLAS SE |
| WVWHR7AN5KE031228 | 2019 | VOLK | ARTEON SEL |
| 3VV2B7AX1KM197186 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX6KM198561 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX6KM196941 | 2019 | VOLK | TIGUAN SE |
| 1V2GR2CA5KC514317 | 2019 | VOLK | ATLAS S |
| 1V2DP2CA4KC573884 | 2019 | VOLK | ATLAS SE |
| 1V2DP2CA5KC573862 | 2019 | VOLK | ATLAS SE |
| 1V2DP2CA8KC573368 | 2019 | VOLK | ATLAS SE |
| 1V2LR2CA7KC537077 | 2019 | VOLK | ATLAS SE |
| 1V2LR2CA7KC579698 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA3KC584708 | 2019 | VOLK | ATLAS SEL |
| 3VW5T7AU0KM026232 | 2019 | VOLK | GTI AUTOBAHN |
| 1V2XR2CA7KC507806 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA4KC582451 | 2019 | VOLK | ATLAS SE |
| 1V2XR2CA7KC519325 | 2019 | VOLK | ATLAS SE |
| WVWWA7AU9KW171895 | 2019 | VOLK | GOLF R |
| WVWWA7AUXKW196241 | 2019 | VOLK | GOLF R |

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| WVWWA7AUXKW199835 | 2019 | VOLK | GOLF R |
| 3VWE57BU3KM247820 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU3KM249373 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU4KM210663 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU5KM107008 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU5KM240142 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU5KM247205 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU7KM236304 | 2019 | VOLK | JETTA SEL |
| 3VWC57BU3KM241619 | 2019 | VOLK | JETTA S |
| 3VWE57BU7KM250672 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU7KM251630 | 2019 | VOLK | JETTA SEL |
| 3VWC57BU0KM253114 | 2019 | VOLK | JETTA S |
| 1V2UR2CA8KC577205 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA3KC568752 | 2019 | VOLK | ATLAS SE |
| 3VW5T7AU9KM030988 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU9KM031526 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AUXKM031857 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7BU4KM185172 | 2019 | VOLK | JETTA GLI |
| 3VW5T7BU8KM205522 | 2019 | VOLK | JETTA GLI |
| 3VW5T7BUXKM228395 | 2019 | VOLK | JETTA GLI |
| 3VW6T7AU0KM028583 | 2019 | VOLK | GTI AUTOBAHN |
| 3VWC57BU3KM243242 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM245637 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM248800 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM251938 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM255469 | 2019 | VOLK | JETTA S |
| 3VW6T7AU0KM030138 | 2019 | VOLK | GTI AUTOBAHN |
| 3VWC57BU2KM251008 | 2019 | VOLK | JETTA S |
| 3VWE57BU8KM251488 | 2019 | VOLK | JETTA SEL |
| 1V2MR2CA4KC582238 | 2019 | VOLK | ATLAS SEL |
| 1V2MR2CA6KC578823 | 2019 | VOLK | ATLAS SEL |
| 1V2UR2CA2KC538125 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA2KC542238 | 2019 | VOLK | ATLAS SE |
| 3VWC57BU7KM239551 | 2019 | VOLK | JETTA S |
| 1V2LR2CA8KC529893 | 2019 | VOLK | ATLAS SE |
| 3VWC57BU5KM249589 | 2019 | VOLK | JETTA S |
| 3VWC57BU5KM254257 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM239332 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM241050 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM241145 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM241758 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM242778 | 2019 | VOLK | JETTA S |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 3VV2B7AX7KM186175 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU6KM252985 | 2019 | VOLK | JETTA S |
| 3VWC57BU6KM257507 | 2019 | VOLK | JETTA S |
| 3VWC57BU7KM206520 | 2019 | VOLK | JETTA S |
| 3VWC57BU7KM222989 | 2019 | VOLK | JETTA S |
| 3VWE57BU0KM247600 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU2KM245413 | 2019 | VOLK | JETTA SEL |
| 3VWE57BU2KM255343 | 2019 | VOLK | JETTA SEL |
| 3VWC57BU2KM242633 | 2019 | VOLK | JETTA S |
| 1V2RR2CA2KC582700 | 2019 | VOLK | ATLAS SEL |
| 1V2UR2CA3KC582750 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA4KC606652 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA6KC528309 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA6KC530190 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA6KC581012 | 2019 | VOLK | ATLAS SE |
| 3VWC57BU7KM248914 | 2019 | VOLK | JETTA S |
| 3VWC57BU7KM253529 | 2019 | VOLK | JETTA S |
| 3VWC57BU8KM167579 | 2019 | VOLK | JETTA S |
| 3VWC57BU8KM247402 | 2019 | VOLK | JETTA S |
| 3VWC57BU8KM247772 | 2019 | VOLK | JETTA S |
| 3VWC57BU8KM252910 | 2019 | VOLK | JETTA S |
| 3VWC57BU9KM198775 | 2019 | VOLK | JETTA S |
| 3VWC57BU9KM216255 | 2019 | VOLK | JETTA S |
| 3VWC57BU9KM232455 | 2019 | VOLK | JETTA S |
| 3VWC57BU0KM256000 | 2019 | VOLK | JETTA S |
| 3VWC57BU1KM198740 | 2019 | VOLK | JETTA S |
| 3VWC57BU1KM241859 | 2019 | VOLK | JETTA S |
| 3VWC57BU1KM247743 | 2019 | VOLK | JETTA S |
| 3VWC57BU1KM255907 | 2019 | VOLK | JETTA S |
| 3VV2B7AX1KM174619 | 2019 | VOLK | TIGUAN SE |
| 1V2UR2CA9KC539367 | 2019 | VOLK | ATLAS SE |
| 3VWC57BU1KM257494 | 2019 | VOLK | JETTA S |
| 1V2MR2CA6KC596190 | 2019 | VOLK | ATLAS SEL |
| 1V2MR2CA7KC586171 | 2019 | VOLK | ATLAS SEL |
| WVWBR7AN4KE008495 | 2019 | VOLK | ARTEON SE |
| WVWDR7AN3KE027094 | 2019 | VOLK | ARTEON SEL |
| WVWER7AN6KE026297 | 2019 | VOLK | ARTEON SEL PREMIUM |
| 3VV2B7AXXKM100177 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AXXKM148908 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AXXKM200246 | 2019 | VOLK | TIGUAN SE |
| 3VV3B7AX5KM135181 | 2019 | VOLK | TIGUAN SE |
| 3VV4B7AX0KM077419 | 2019 | VOLK | TIGUAN SEL PREMIUM |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 3VV4B7AX2KM089541 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX3KM107562 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX3KM127133 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VWC57BU0KM244686 | 2019 | VOLK | JETTA S |
| 3VWC57BU0KM251704 | 2019 | VOLK | JETTA S |
| 3VV2B7AX1KM186964 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM116325 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM162088 | 2019 | VOLK | TIGUAN SE |
| 3VV0B7AX7KM181579 | 2019 | VOLK | TIGUAN S |
| 3VV0B7AX9KM177839 | 2019 | VOLK | TIGUAN S |
| 3VV2B7AX0KM146472 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX0KM153938 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX0KM161554 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX0KM165152 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX0KM173445 | 2019 | VOLK | TIGUAN SE |
| 3VV4B7AX5KM127473 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX5KM181047 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX6KM049155 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX6KM114120 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX7KM070757 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX7KM189165 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AXXKM095877 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 1V2MR2CA9KC597947 | 2019 | VOLK | ATLAS SEL |
| 3VWN57BU1KM237352 | 2019 | VOLK | JETTA S |
| 3VWN57BU2KM234427 | 2019 | VOLK | JETTA S |
| 3VWN57BU2KM242642 | 2019 | VOLK | JETTA S |
| 3VWN57BU3KM110084 | 2019 | VOLK | JETTA S |
| 3VWN57BU5KM233630 | 2019 | VOLK | JETTA S |
| 3VV2B7AX3KM174069 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX1KM144133 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU2KM217165 | 2019 | VOLK | JETTA S |
| 3VWFD7AT1KM714507 | 2019 | VOLK | BEETLE S |
| 3VV2B7AX7KM183907 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU2KM219823 | 2019 | VOLK | JETTA S |
| 3VWC57BU2KM236007 | 2019 | VOLK | JETTA S |
| 3VWC57BU2KM245046 | 2019 | VOLK | JETTA S |
| 3VWC57BU4KM238096 | 2019 | VOLK | JETTA S |
| 3VV2B7AX8KM115485 | 2019 | VOLK | TIGUAN SE |
| 3VW5DAAT5KM511452 | 2019 | VOLK | BEETLE S |
| 3VW5DAAT7KM511081 | 2019 | VOLK | BEETLE S |
| 3VW5DAAT7KM511307 | 2019 | VOLK | BEETLE S |
| 3VW5DAATXKM500978 | 2019 | VOLK | BEETLE S |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 3VWC57BU9KM253693 | 2019 | VOLK | JETTA S |
| 3VWC57BUXKM234988 | 2019 | VOLK | JETTA S |
| 3VWC57BUXKM250558 | 2019 | VOLK | JETTA S |
| 3VWCB7BU0KM243689 | 2019 | VOLK | JETTA S |
| 3VWCB7BU1KM224858 | 2019 | VOLK | JETTA S |
| 3VWE57BU9KM241259 | 2019 | VOLK | JETTA SEL |
| 3VV0B7AX2KM177679 | 2019 | VOLK | TIGUAN S |
| 3VWCB7BU6KM248976 | 2019 | VOLK | JETTA S |
| 3VWCB7BU8KM249014 | 2019 | VOLK | JETTA S |
| 3VWCB7BUXKM223868 | 2019 | VOLK | JETTA S |
| 3VWEB7BU9KM201062 | 2019 | VOLK | JETTA SEL |
| 3VV2B7AX5KM161890 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX6KM157136 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU4KM247865 | 2019 | VOLK | JETTA S |
| 3VWC57BU4KM252659 | 2019 | VOLK | JETTA S |
| 3VWC57BU4KM253214 | 2019 | VOLK | JETTA S |
| 3VWC57BU4KM254072 | 2019 | VOLK | JETTA S |
| 3VWC57BU5KM245221 | 2019 | VOLK | JETTA S |
| 1V2LR2CA8KC579189 | 2019 | VOLK | ATLAS SE |
| 1V2LR2CAXKC559199 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA2KC574431 | 2019 | VOLK | ATLAS SEL |
| 3VV0B7AX0KM184954 | 2019 | VOLK | TIGUAN S |
| 1V2LR2CA2KC512247 | 2019 | VOLK | ATLAS SE |
| 1V2LR2CA2KC573646 | 2019 | VOLK | ATLAS SE |
| 3VWFD7AT1KM717407 | 2019 | VOLK | BEETLE S |
| 3VWFD7AT3KM716761 | 2019 | VOLK | BEETLE S |
| 3VWFD7AT6KM717032 | 2019 | VOLK | BEETLE S |
| 3VWFD7AT7KM719078 | 2019 | VOLK | BEETLE S |
| 3VV2B7AX7KM198195 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX8KM102414 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX8KM114286 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX4KM057472 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX4KM164554 | 2019 | VOLK | TIGUAN SE |
| 3VWFD7AT9KM717042 | 2019 | VOLK | BEETLE S |
| 3VV4B7AX3KM182102 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 3VV4B7AX4KM118456 | 2019 | VOLK | TIGUAN SEL PREMIUM |
| 1V2UR2CA8KC521412 | 2019 | VOLK | ATLAS SE |
| 3VV2B7AX8KM149278 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX8KM150009 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX8KM182989 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX9KM158278 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX9KM164954 | 2019 | VOLK | TIGUAN SE |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 3VV2B7AX9KM165540 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX9KM192009 | 2019 | VOLK | TIGUAN SE |
| 3VWC57BU3KM202593 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM208376 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM216882 | 2019 | VOLK | JETTA S |
| 3VWC57BU3KM238817 | 2019 | VOLK | JETTA S |
| WVWVA7AU1KW225492 | 2019 | VOLK | GOLF R |
| WVWVA7AU4KW210288 | 2019 | VOLK | GOLF R |
| WVWVA7AU5KW209098 | 2019 | VOLK | GOLF R |
| WVWVA7AU5KW229335 | 2019 | VOLK | GOLF R |
| WVWVA7AU8KW196458 | 2019 | VOLK | GOLF R |
| WVWVA7AU8KW229295 | 2019 | VOLK | GOLF R |
| WVWWA7AU1KW192742 | 2019 | VOLK | GOLF R |
| 1V2MR2CA6KC588929 | 2019 | VOLK | ATLAS SEL |
| 1V2XR2CA3KC513294 | 2019 | VOLK | ATLAS SE |
| 1V2XR2CA4KC537426 | 2019 | VOLK | ATLAS SE |
| WVWWA7AU3KW212523 | 2019 | VOLK | GOLF R |
| WVWWA7AU3KW225305 | 2019 | VOLK | GOLF R |
| WVWWA7AU5KW195966 | 2019 | VOLK | GOLF R |
| WVWWA7AU5KW211308 | 2019 | VOLK | GOLF R |
| WVWWA7AU6KW191070 | 2019 | VOLK | GOLF R |
| WVWWA7AU7KW209348 | 2019 | VOLK | GOLF R |
| 1V2GR2CA2KC578816 | 2019 | VOLK | ATLAS S |
| 1V2GR2CA8KC544623 | 2019 | VOLK | ATLAS S |
| 1V2GR2CA9KC576593 | 2019 | VOLK | ATLAS S |
| 1V2GR2CA9KC579820 | 2019 | VOLK | ATLAS S |
| 1V2LR2CA0KC577789 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA2KC594517 | 2019 | VOLK | ATLAS SEL |
| 3VWC57BU9KM242497 | 2019 | VOLK | JETTA S |
| WVWWA7AU3KW210982 | 2019 | VOLK | GOLF R |
| 3VWC57BU2KM248092 | 2019 | VOLK | JETTA S |
| 3VWC57BU2KM248402 | 2019 | VOLK | JETTA S |
| 3VWC57BU2KM249131 | 2019 | VOLK | JETTA S |
| 1V2MR2CAXKC549485 | 2019 | VOLK | ATLAS SEL |
| 3VV2B7AX1KM181716 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM165928 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM172751 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM173379 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX2KM197472 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX3KM134378 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX3KM162018 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX3KM174301 | 2019 | VOLK | TIGUAN SE |

VCI FPR - Union VW (11-8-19)

# Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 1V2UR2CA7KC574070 | 2019 | VOLK | ATLAS SE |
| 1V2UR2CA7KC578958 | 2019 | VOLK | ATLAS SE |
| 3VWG57BU9KM245658 | 2019 | VOLK | JETTA SEL PREMIUM |
| 3VWH17AU4KM513310 | 2019 | VOLK | GOLF ALLTRACK S |
| 3VWH17AU6KM508030 | 2019 | VOLK | GOLF ALLTRACK S |
| 3VWH17AU6KM514359 | 2019 | VOLK | GOLF ALLTRACK S |
| 3VWJD7AT7KM719298 | 2019 | VOLK | BEETLE SE |
| 1V2LR2CA7KC595531 | 2019 | VOLK | ATLAS SE |
| 3VWC57BU2KM241403 | 2019 | VOLK | JETTA S |
| 3VW5T7AU1KM032797 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU4KM011636 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU6KM033959 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU8KM029752 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU8KM031159 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU8KM031887 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW5T7AU9KM029470 | 2019 | VOLK | GTI AUTOBAHN |
| 3VWC57BU2KM250084 | 2019 | VOLK | JETTA S |
| 3VW6T7AU0KM031130 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU1KM029905 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU2KM009713 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU2KM029380 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU3KM029890 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU6KM031276 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AU8KM029397 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7AUXKM030096 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7BU1KM227740 | 2019 | VOLK | JETTA GLI |
| 3VW6T7BU2KM196496 | 2019 | VOLK | JETTA GLI |
| 3VW5T7AU9KM030151 | 2019 | VOLK | GTI AUTOBAHN |
| 3VW6T7BU3KM233930 | 2019 | VOLK | JETTA GLI |
| 3VW6T7BU4KM206770 | 2019 | VOLK | JETTA GLI |
| 3VW6T7BU8KM228237 | 2019 | VOLK | JETTA GLI |
| 3VW6T7BUXKM234234 | 2019 | VOLK | JETTA GLI |
| 3VWC57BU0KM236443 | 2019 | VOLK | JETTA S |
| 3VWC57BU0KM244087 | 2019 | VOLK | JETTA S |
| 3VV2B7AX3KM197853 | 2019 | VOLK | TIGUAN SE |
| 3VV2B7AX5KM160321 | 2019 | VOLK | TIGUAN SE |
| 1V2UR2CA7KC580189 | 2019 | VOLK | ATLAS SE |
| 1V2MR2CA2KC552591 | 2019 | VOLK | ATLAS SEL |
| 19UUA9F59CA007230 | | | |
| 1C4RJFAG2HC704617 | | | |
| 2T2BK1BA8FC269629 | | | |
| 3VW8T7AT9EM804830 | | | |

## Volkswagen of Union

| SN/VIN | Year | Make | Model |
|---|---|---|---|
| 5UXWX7C51G0R17706 | | | |
| JTHCZ1BL4GA001445 | | | |
| 3VV0B7AX0KM160279 | | | |
| 3VV0B7AX0KM180368 | | | |
| 3VV0B7AX4KM143646 | | | |
| 3VV0B7AX6KM178625 | | | |
| 3VV2B7AX3KM189638 | | | |
| 3VV2B7AX4KM175280 | | | |
| 3VV2B7AXXKM157852 | | | |
| 3VWC57BU0KM232263 | | | |
| 3VWC57BU4KM216695 | | | |

VCI FPR - Union VW (11-8-19)

# EXHIBIT B

77Q5512

All parts and accessories maintained at the CTE2, LLC store location at 2155 Route 22 West, Union, New Jersey or the service repair facility location at 1180 Springfield Rd., Union, New Jersey, including but not limited to the foregoing:

A.    All parts and accessories that are branded as being Volkswagen parts and accessories, or that bear the label "Genuine Volkswagen Parts".

B.    All parts and accessories that are labeled or identified as being solely for use in connection with the operation, repair or replacement of existing parts and accessories on Volkswagen automobiles.

C.    Any and all tires located at either CTE2 location.

D.    Any and all hydraulic lifts or other repair equipment located at either CTE2 location.

77Q5512